IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLIE JO TALBERT,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-294-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff's application for disability benefits is REVERSED AND REMANDED under sentence four of 42 U.S.C. § 405(g) for further proceedings.

| | |
|---|---|
|    s/ J. Smith, Deputy Clerk    |    6/8/2015    |
| Peter Oppeneer, Clerk of Court | Date |