IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLIE JO TALBERT,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-294-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Billie Jo Talbert attorney fees and costs in the amount of $5,500 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ J. Smith, Deputy Clerk | 8/31/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |